BEFORE JUDGE MALETZ, FEBRUARY 14, 1968

**No. R68/17.**—F. W. Myers and Company, Inc. *v.* United States, reappraisement R63/760 (Port Huron).

In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those the subject of *F. W. Myers & Co., Inc.* v. *United States* (52 Cust. Ct. 550, Reap. Dec. 10750), the court found and held that the proper basis for appraisement of the pipe organs and parts thereof is constructed value, as defined in section 402(d), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, and that such statutory value is equal to the entered value.

**No. R68/18.**—F. W. Myers & Company, Inc. *v.* United States, reappraisement R64/14518 (Detroit).

In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those the subject of *F. W. Myers & Co., Inc.* v. *United States* (52 Cust. Ct. 550, Reap. Dec. 10750), the court found and held that the proper basis for appraisement of the pipe organs and parts thereof is constructed value, as defined in section 402(d), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, and that such statutory value is equal to the entered value, less $1201.20.

BEFORE JUDGE WILSON, FEBRUARY 27, 1968

**No. R68/19.**—Lollytogs, Ltd. *v.* United States, reappraisement R67/17640 (Seattle).

In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that the 4½ percent invoiced purchasing commission of the Swedish Trading Co., Ltd., was a *bona fide* buying commission which formed no part of the value of the involved children's wearing apparel and that export value as defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise and that such values are the invoice unit values, f.o.b. Hong Kong, exclusive of any additional charges or commissions.